UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WILLIAM L. NELSON, )<br>)<br>Respondent. )<br>_____ ) | Case No. 05-MC-196-RSM-JPD<br><br><br><br>MINUTE ORDER |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Respondent has filed a response to the Court's second amended order to show cause that seeks a two week extension of the show cause hearing date. Dkt. No. 16. Respondent has indicated that he believes this will facilitate scheduling a time to provide the testimony requested by the government. *Id*. Petitioner is directed to file any objections to the request no later than 12:00 p.m on Thursday, March 2, 2006.

DATED this 1st day of March, 2006.

Bruce Rifkin
Clerk of the Court


/s/ Peter H. Voelker
Peter H. Voelker
Deputy Clerk

MINUTE ORDER